IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN WILLIAMS                                                    PLAINTIFF

vs.                            Civil No. 4:12-cv-04042

MICHAEL J. ASTRUE                                                    DEFENDANT
Commissioner, Social Security Administration

## MEMORANDUM OPINION

Before the Court is Defendant's Motion to Remand. ECF No. 11. Defendant seeks a remand pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g), to "conduct further administrative proceedings and issue a new decision." *Id.* Plaintiff has responded to this Motion and has no objections to this requested remand. ECF No. 13. Accordingly, this Court finds Defendant's Motion is well-taken and should be **GRANTED.** Plaintiff's case is remanded to the Social Security Administration pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g). A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 11th day of October 2012.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE