IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN WILLIAMS                                                          PLAINTIFF

vs.                                        Civil No. 4:12-cv-04042

MICHAEL J. ASTRUE                                                          DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons stated in the Memorandum Opinion of this date, the Court hereby remands

Plaintiff's case to the Social Security Administration pursuant to Sentence Four of the Social

Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 11th day of October 2012.**


                                          /s/  Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          U. S. MAGISTRATE JUDGE