IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY ANN WILLIAMS                                                                                      PLAINTIFF

vs.                                             Civil No. 4:12-cv-04042

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

For the reasons stated in the Memorandum Opinion of this date, the Court hereby remands Plaintiff's case to the Social Security Administration pursuant to Sentence Four of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 11th day of October 2012.

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE